UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA      §
                              §
vs.                           §      NO:   WA:17-CR-00286(1)-ADA
                              §
(1) CHARLES JORDAN            §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  March 22, 2024

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) CHARLES JORDAN, which alleged that

Jordan violated a condition of his supervised release and recommended that Jordan 's

supervised release be revoked (Clerk's  Document No. 45).  A warrant issued and Jordan

was arrested.  On March 28, 2024, Jordan appeared before a United States Magistrate

Judge, was ordered detained, and a revocation of supervised release hearing was set..

Jordan appeared before the magistrate judge on April 9, 2024, waived his right to a

preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

April 9, 2024, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Jordan, the magistrate judge recommends that this court

continue Jordan supervised release. The magistrate judge recommends no additional special conditions.  (Clerk's Document  No. 57).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On April 9, 2024, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 55). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 57 )  is hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) CHARLES JORDAN 'sterm

of supervised  release is hereby CONTINUED.

**IT IS FURTHER  ORDERED**  that all prior conditions of supervised release are

reimposed.

Signed this 12th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE